UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S.DISTRICT COURT                              U.S.CIVIL NUMBER 05-40087 FDS

_____

JOSE LUIS CABRERA
(PETITIONER)

   V.

STEVEN O'BRIEN,SUPERINTENDENT
OF N.C.C.I.GARDNER STATE PRISON
(RESPONDENT)

_____


### CERTIFICATE OF SERVICE

   I Jose Luis Cabrera certify that I have served upon the clerk of court of United States District Court of Worcester to Mr.Martin Castles,at 595 Main Street,Worcester Mass.01608,sent by first class mail postage prepaid on this 25 day of May 2005, petitioner petition for Writ of Habeas Corpus 28 U.S.C.2254 and 2255 with support other documents,was filed on this said date,and signed under the pains and penalties of perjury;


                              RESPECTFULLY SUBMITTED
                   PRO-SE  Jose L Cabrera l.
                              MR.JOSE LUIS CABRERA
                              N.C.C.I.GARDNER
                              P.O.BOX 466
                              500 COLONY RD.
                              GARDNER MASS.01440