| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>Jeff Flumaguk<br>C. Signature<br>X *Jeff Flumaguk* | B. Date of Delivery<br><br>☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Steven O'Brien<br>NCCI<br>PO Box 466<br>Gardner MA<br>01440 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number *(Copy from service label)*<br>7004 0750 0002 7861 5286 | | 05-40087 |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952