UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSE LUIS CABRERA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-40087-FDS |
| STEVEN O'BRIEN, | ) ) ) | |
| Respondent. | ) ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE
PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS**

The respondent hereby respectfully requests that this Court grant him an enlargement of time within which he must file an answer or motion to dismiss the petition for a writ of habeas corpus for a period of sixty days, up to and including September 6, 2005.[1] In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by July 5, 2005. The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition. Moreover, the undersigned has a long-planned family vacation scheduled for a portion of the requested period of enlargement of time.

---

[1] September 6, 2005, is the first business day after the expiration of the sixty-day period.

WHEREFORE, the respondent respectfully requests that this Court grant him until September 6, 2005, to file a responsive pleading to the petition for writ of habeas corpus.

    Respectfully submitted,

    EDWARD FICCO,

    By his attorney,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ Maura D. McLaughlin
    Maura D. McLaughlin (BBO # 634923)
    Assistant Attorney General
    Criminal Bureau, Appellate Division
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200, ex. 2857

Dated: June 21, 2005

## Certificate of Service

I hereby certify that on June 21, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Jose Luis Cabrara, petitioner *pro se*, N.C.C.I. Gardner, P.O. Box 466, 500 Colony Road, Gardner, Massachusetts 01440.

    /s/ Maura D. McLaughlin
    Maura D. McLaughlin