UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSE LUIS CABRERA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-40087-FDS |
| STEVEN O'BRIEN, | ) ) ) | |
| Respondent. | ) ) | |

**RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH
THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1**

Respondent Steven O'Brien moves that he be permitted to file the accompanying Motion for Enlargement of Time to File Responsive Pleadings and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, respondent states that petitioner is currently incarcerated at the state correctional facility in Gardner, Massachusetts, in the care of the Massachusetts Department of Corrections and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that he be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that he be permitted to file the accompanying Motion for Enlargement of Time to File Responsive Pleadings and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

EDWARD FICCO,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Maura D. McLaughlin
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: June 20, 2005


## Certificate of Service

    I hereby certify that on June 20, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Jose Luis Cabrara, petitioner *pro se*, N.C.C.I. Gardner, P.O. Box 466, 500 Colony Road, Gardner, Massachusetts 01440.


/s/ Maura D. McLaughlin
Maura D. McLaughlin