## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                )
JOSE LUIS CABRERA,              )
                                )
        Petitioner,             )
                                )
v.                              )        Civil Action No. 05-40087-FDS
                                )
STEVEN O'BRIEN,                 )
                                )
        Respondent.             )
_____)

## RESPONDENT'S MOTION TO DISMISS PETITION
## FOR WRIT OF HABEAS CORPUS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, Steven

O'Brien, respectfully submits this motion to dismiss the petition for writ of habeas corpus filed

by the petitioner, Jose Luis Cabrera, on the grounds that the petition fails to state a claim upon

which relief may be granted.  In support of his motion, and as is set forth more fully in the

accompanying memorandum of law, the respondent states that the petitioner has presented this

Court with a mixed petition, having failed to exhaust several of the claims stated therein.

Because the petitioner has not yet provided the state's highest court with the first opportunity to

pass on the merits of these claims, the petition should be dismissed.  28 U.S.C. § 2254(b)-(c);

*Rose v. Lundy*, 455 U.S. 509, 510 (1982).[1]

_____

[1] Respondent's remaining defenses are not addressed here because the doctrine of
exhaustion mandates dismissal of the petition.  In the event that this Court declines to dismiss the
petition due to failure to exhaust, the respondent reserves the right, and requests the opportunity,
to file an answer and assert all other applicable defenses.

WHEREFORE, the respondent respectfully requests that this Court dismiss this habeas petition on the grounds that it is a mixed petition containing unexhausted claims.

Respectfully submitted,

STEVEN O'BRIEN,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Maura D. McLaughlin
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: September 7, 2005


**Certificate of Service**

I hereby certify that on September 7, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Jose Luis Cabrera, petitioner *pro se*, N.C.C.I. Gardner, P.O. Box 466, 500 Colony Road, Gardner, Massachusetts 01440.


/s/ Maura D. McLaughlin
Maura D. McLaughlin

2