UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE LUIS CABRERA, )
)
Petitioner, )
)
v. ) Civil Action No. 05-40087-FDS
)
STEVEN O'BRIEN, )
)
Respondent. )

## ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases, the respondent, Steven O'Brien, through counsel, answers the numbered paragraphs of the petition for writ of habeas corpus as follows:

1. Admitted.

2. The respondent admits that the date of the conviction was February 5, 2001. The respondent is without knowledge or information sufficient to either admit or deny the remaining allegations contained in paragraph 2 of the petition, and calls upon the petitioner to prove same.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9(a-b). Admitted.

9(c). The respondent admits that the decision of the Massachusetts Appeals Court with respect to the petitioner's appeal was dated March 3, 2005. Further answering, the respondent states that the citation for the Appeals Court's decision is *Commonwealth v. Jose Luis Cabrera*, 63 Mass. App. Ct. 1104 (2005)(table). A copy of this decision is attached to the supplemental answer, filed herewith, as Exhibit 6.

9(d). Denied. Further answering, the respondent states that the issues raised in the petitioner's brief to the Massachusetts Appeals Court are set forth in the brief itself, which is attached to the Supplemental Appendix, filed herewith, as Exhibit 4.

9(e)(1-3). Admitted. Further answering, the respondent states that the citation to the SJC's decision on the petitioner's Application for Leave to Obtain Further Appellate Review is *Commonwealth v. Jose Luis Cabrera*, 444 Mass. 1101 (2005)(table). A copy of this decision is attached to the Supplemental Appendix, filed herewith, as Exhibit 8.

9(e)(4). Left blank by the petitioner.

9(f). Left blank by the petitioner.

10. Denied. Further answering, the respondent states that the petitioner has filed a Motion to Set Aside Verdict After Discharge of Jury Pursuant to Mass. R. Crim. P. 25(b)(2) with respect to his conviction. *See* Supplemental Answer, Exhibits 2 and 3.

11. Left blank by the petitioner.

12-15. The respondent is without sufficient knowledge or information to either admit or deny the allegations contained in paragraphs 12-15 of the petition, and calls upon the petitioner to prove same. Further answering, the respondent states that pages 5 and 6 of the

petition, which contain paragraphs 12-15, were missing from both copies of the habeas corpus petition received by the respondent. Accordingly, the respondent has no knowledge of which allegations are made in paragraphs 12-15 of the petition, and cannot respond to same.

16. The respondent is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the petition for a writ of habeas corpus and calls upon petitioner to prove same.

17. The respondent is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the petition for a writ of habeas corpus and calls upon petitioner to prove same.

AS A FURTHER ANSWER to the petition for a writ of habeas corpus, the respondent files herewith a Supplemental Answer, which contains copies of the following documents:

1. Docket Sheet, *Commonwealth v. Jose Luis Cabrera*, Essex County Superior Court Criminal Action No. 1999-01557;

2. Defendant's Motion to Set Aside Verdict After Discharge of Jury Pursuant to Mass. R. Crim. P. 25(b)(2);

3. Endorsement Order Denying Defendant's Motion to Set Aside Verdict After Discharge of Jury Pursuant to Mass. R. Crim. P. 25(b)(2);

4. Brief and Record Appendix for the Defendant-Appellant, *Commonwealth v. Jose Luis Cabrera*, Massachusetts Appeals Court No. 2003-P-0024;

5. Brief for the Commonwealth, *Commonwealth v. Jose Luis Cabrera*, Massachusetts Appeals Court No. 2003-P-0024;

6. *Commonwealth v. Jose Luis Cabrera*, 63 Mass. App. Ct. 1104 (2005)(table);

7. Application for Further Appellate Review of the Defendant-Appellant, *Commonwealth v. Jose Luis Cabrera*, Supreme Judicial Court; and

8. *Commonwealth v. Jose Lara*, 444 Mass. 1101 (2005)(table).

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The petition fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The petition contains claims which have not been exhausted at the state court level.

Respectfully submitted,

STEVEN O'BRIEN,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Maura D. McLaughlin
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: September 8, 2005

## Certificate of Service

I hereby certify that on September 8, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Jose Luis Cabrara, petitioner *pro se*, N.C.C.I. Gardner, P.O. Box 466, 500 Colony Road, Gardner, Massachusetts 01440.

/s/ Maura D. McLaughlin
Maura D. McLaughlin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.