UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

JOSE LUIS CABRERA
(PETITIONER)

V.  CIVIL ACTION NO.05-40087-FDS

STEVEN O'BRIEN
(RESPONDENT).

---

PETITIONER MOTION TO AMEND
HIS PETITION TO INCLUDE ONLY EXHAUSTED CLAIMS:

---

Now comes the pro-se petitioner Jose Luis Cabrera to move this honorable court to,request that the (petitioner)be allowed to amend his petition 28 U.S.C.A.2254 Writ of Habeas Corpus,to include only those claims which are exhausted.As explainted more fully in the accompanying ,affidavit and memorandum of law.Also because the respondent his filed a motion to dismiss based on the petitioner petition is mixed,without exhausted claims.,filed on September 7/2005:and also respondent filed their answers to the application for writ of habeas corpus on September 8/2005,stating Affirmative Defense,petition fails to state a claim upon relief may be granted,(second Affirmative Defense,petition contains claims which have not been exhausted at the state court level..The respondent will not be prejudice ,if the court allows,or grant the petitioner Motion to Amend.

[F]urther,response and pleading,the petitioner only request is that he be allowed to amend his petition and the court not dismiss it.

Petitioner prays this court ,that he be allowed his amended petition,so he may proceed with his request for Writ of

(2)

Habeas Corpus, wherefore those exhausted claims which the petitioner filed timely. I direct this court attention to attached affidavit and memorandum in support thereto.

SEPTEMBER 9/2005

RESPECTFULLY SUBMITTED
PRO-SE _Jose L Cabrera_
MR. JOSE LUIS CABRERA
N.C.C.I. GARDNER
P.O. BOX 466
500 COLONY RD.
GARDNER MASS. 01440