UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE LUIS CABRERA
(PETITIONER)

V.   U.S.CIVIL ACTION NO.05-40087-FDS

STEVEN O'BRIEN
(RESPONDENT)

PETITIONER AFFIDAVIT IN SUPPORT
OF HIS MOTION AND MEMORANDUM TO AMEND HIS PETITION
AND AFFIDAVIT IN SUPPORT OF HIS OPPOSITION TO THE
RESPONDENT MOTION TO DISMISS,FILED ON SEPT.7/2005

I Jose Luis Cabrera pro-se petitioner in this matter to depose and say,that all is stated in this affidavit is true and signed under the pains and penalties of perjury,as stated in the following....

1)On February 15/2001,the petitioner Jose Luis Cabrera was convicted in the state court for murder in the second degree,and sentenced to M.C.I.Cedar Junction for life(C.A.4,12)Docket entry of the trial court,of Suffolk County Superior court,no.9977CR1557.

2)On February 26/2001, Notice of Appeal was filed (C.A.4,13).

3)On July 30/2003,appellate attorney for the petitioner filed appeals brief and appendix,ON APPEAL FROM THE ESSEX SUPERIOR COURT,A.C. No.2003-P-0024; Filed by attorney Esther J,Horwich..

4)On April 12/2004,appellate attorney for the petitioner filed an CONSOLIDATED APPEAL FROM A JUDGMENT OF THE ESSEX SUPERIOR COURT AND A DENIAL OF THE APPELLATE MOTION TO SET ASIDE THE VERDICT,AND SUBMITTED TO APPEALS COURT SUPPLEMENTAL BRIEF AND APPENDIX,FILED UNDER A.C.2003-P-0024.filed by same appellate attorney Esther J. Horwich,See respondents supplemental answers Filed on September 8/2005,4(a),Also in pargraph (3)in the above see supplemental answer of respondent (4)EXHIBIT'S.

5)On Decision on both as Consolidated appeal ,also unpublished opinion 63 MASS,APP.CT. 1104-823 N.E.2d,435,2005 WL 498247(MASS.APP.CT.). on March 3/2005,Affirmed,denying motion to set aside verdict..See Respondent's supplemental answer EXHIBIT-6)

6)On March 23/2005,appellate attorney filed Defendant Application for further appellate review,filed by same attorney Esther J.Horwich, See Respondents supplemental answer EXHIBIT-7).

(2)

7) On April 27/2005 Appeal From 63 Mass.App.Ct.1104,823 N.E.2d, 435,Supreme Judicial court denied the appeal application for further appellate review,444.Mass.1101,826 N.E.2d.201.

8) Never at any time has appellate attorney Esther J.Horwich send the client Jose Luis Cabrera,petitioner ,copy of his further application for appellate review,motion.The petitioner never knew that his appellate counsel Esther J.Horwich deleted issues,for further appellate review,from the appeal of the lower court,appeal brief and consolidated supplemental brief and appendix. It was my understanding that allissues raise on direct appeal,would be further raise on further appellate review.

9) On June 6/2005,petitioner filed pro-se instant petition for Writ Habeas Corpus 28 U.S.C.A.2254.

10) On September 7/2005 respondent ,filed a motion to dismiss,petion for Writ of Habeas Corpus,wherefore some of the issues presented has not been fully exhausted in the state highest court, and Habeas Corpus should be dismiss,pursuant to F.CIV.R.P.12(b)(6).

11) On September 8/2005  respondent filed on the next day their answer to petition through counsel as respondent stated in supplemental Rule 5,The petition was timely filed,28 U.S.C.A.2254(d)but the petitioner appears to have not exhausted all his state court remedied before filing his petition,28 U.S.C.A.2254(b)"Further state the petition should be dismiss.

12) The petitioner states that he did not know that his appellate attorney Esther J.Horwich deleted issues after the denial of appeal of appeal court dicision,under A.C.2003-P-0024,and failed to address all issues on Application for further appellate review.The first time he has seen,the application for further appellate review,was in the respondent supplemental answer to my petition. Based on the above said and attached memorandum,this court should allowed the petitioner ,Motion to amend his petitioner,and further denied the respondent motion to dismiss filed on September 7/2005,and the respondent opposition should be allowed. See attached herewith.

13) The petitioner request that the court except all exhibit cited in this affidavit,by recognized through respondent supplemental answer and exhibit's.

    All the above said is true and further signed under the pains and penalties of perjury on this 9th day of September 2005.

                              RESPECTFULLY SUBMITTED
                PRO-SE    Jose L. Cabrera
                              MR.JOSE LUIS CABRERA
                              N.C.C.I.GARDNER
                              P.O.BOX 466
                              500 COLONY RD.
                              GARDNER MASS.01440