UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE LUIS CABRERA
(PETITIONER)

V.

STEVEN O'BRIEN
(RESPONDENT)

U.S.CIVIL ACTION.NO.2005-40087-FDS

## CERTIFICATE OF SERVICE

I Jose Luis Cabrera certify that I have served upon the Clerk of Court,of UNited States District Court of Mass.To Martin Castles,at 595 Main St.Fifth Floor,Worcester Mass.01608,seny by first class mail postage prepaid on this 9 th day of September 2005,as in the following...

1)CERTIFICATE OF SERVICE  4)CERTIFICATE OF SERVICE,PURSUANT LOCAL R.7.1

2)PETITIONER OPPOSITION TO RESPONDENT MOTION TO DISMISS

3)PETITION MOTION,AFFIDAVIT AND MEMORANDUM OF LAW,IN SUPPORT OF HOS MOTION TO AMEND HIS PETITION.

All was served by mail as stated in the above,and further signed under the pains and penalties of perjury.

RESPECTFULLY SUBMITTED
PRO=SE _Jose L Cabrera_
MR.JOSE LUIS CABRERA
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440