UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION

CIVIL ACTION
U.S.NO.2005-CV-40087-FDS

JOSE L.CABRERA
(PETITIONER)

V.

STEVEN O'BRIEN
(RESPONDENT)

### PETITIONER'S JOSE L.CABRERA'S
### PRO-SE MOTION FOR STATUS CONFERENCE

Now comes the petitioner Jose L Cabrera pro-se counsel, to move this honorable court, to schedule a "Status Conference" in order to apprise the parties whether any further briefing is necessary before this court can decide Writ of Habeas Corpus Petition 28 U.S.C.A.2254-2255, filed in 2005, under number U.C.no.2005-CV-40087-FDS; Since that date, there has been no disposition or ruling in this matter. Counsel for petition pro-se stand ready to further brief whatever issue would be of assistance to the court in reaching a decision.

JULY 16 /2007

RESPECTFULLY SUBMITTED
PRO-SE /s/ Jose L Cabrera
MR.JOSE L.CABRERA
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION                         CIVIL ACTION
                                           U.S.NO.2005-CV-40087-FDS

JOSE L.CABRERA
(PETITIONER)

    V.
STEVEN O'BRIEN
(RESPONDENT)


CERTIFICATE OF SERVICE

        I Jose L.Cabrera certify that I have served upon the
Clerk for United States District Court for Worcester Division
to Martin Castles,595 Main St.Fifth Floor,Worcester Mass.01608
sent by first class mail postage prepaid by the petitioner,"
Petitioner's request for Status Conference,has been sent on
this  16  day of July 2007,Signed under the pains and penalties
of perjury;


                            Respectfully Submitted
                   Pro-se  Jose L. Cabrera
                            MR.JOSE L.CABRERA
                            N.C.C.I.GARDNER
                            P.O.BOX 466
                            500 COLONY RD.
                            GARDNER MASS.01440