UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE LUIS CABRERA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No.<br>) 05-40087-FDS |
| STEVEN O'BRIEN, | ) |
| Respondent. | ) |

**ORDER TO ALLOW RESPONDENT TO FILE MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

**SAYLOR, J.**

   This is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner Luis Cabrera filed his original petition on June 6, 2005. Respondent filed a motion to dismiss on September 7, 2005, contending that the petition contained a mix of exhausted and unexhausted claims. *See, e.g., Rose v. Lundy*, 455 U.S. 509, 518 (1982) (federal court may not consider an application for writ of habeas corpus filed by a petitioner in state custody unless he has exhausted his remedies with respect to all claims raised in the petition). On September 16, 2005, petitioner filed a motion to amend his petition to remove unexhausted claims. The Court granted this motion, and denied respondent's motion to dismiss, in a memorandum dated September 20, 2006. Petitioner submitted an amended petition on October 10, 2006.

   In his original motion to dismiss, respondent addressed the exhaustion issue only and stated: "In the event that this Court declines to dismiss the petition due to failure to exhaust, the respondent reserves the right, and requests the opportunity, to file an answer and assert all other

applicable defenses." Respondent has not yet filed a motion to dismiss the amended petition. The Court accordingly orders that respondent has 60 days from the date of this order, or until September 12, 2008, to file a renewed motion to dismiss.

**So Ordered.**

    /s/   F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 14, 2008