UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Jose Luis Cabrera**  )  | |
|     **Petitioner**  )  | |
| )  | |
| v.  )  | CIVIL ACTION NO. 05-40087-FDS |
| )  | |
| **Steven O'Brien,**  )  | |
| )  | |
|     **Respondent.**  )  | |

### NOTICE OF APPEARANCE OF COUNSEL

    The Respondent by an through its attorney, the Attorney General of Massachusetts, informs the Court that the above-captioned matter is now assigned to Assistant Attorney General, Lincoln Jalelian, Office of the Attorney General of Massachusetts.

                                          Respectfully submitted,

                                          Martha Coakley
                                          Attorney General of Massachusetts

                                          /s/ Lincoln Jalelian
                                          Lincoln  Jalelian
                                          Office of the Attorney General
                                          1 Ashburton Place, 20th Floor
                                          Boston, MA  02108
                                          617-727-2200 ext. 2097
                                          Lincoln.Jalelian@state.ma.us
Dated:                                    BBO # 561536

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of this upon petitioner by first class mail to him at NCCI Gardner,  PO Box 466, 500 Colony Road, Gardner, MA  01440

/S/ Lincoln Jalelian
Lincoln Jalelian