UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE LUIS CABRERA
(PETITIONER)

V.

STEVEN O'BRIEN
(RESPONDENT)

CIVIL ACTION
NO. 05-40087-FDS

PETITIONER OBJECTION AND
OPPOSITION TO "RESPONDENT'S REQUEST TO
FILE MOTION TO DISMISS PETITION   FOR
WRIT HABEAS CORPUS:

Now comes the pro-se petitioner in the above entitled matter, to move this honorable court to file respectfully his objection and opposition against the respondent request to file Motion to Dismiss petition for Writ of Habeas Corpus. Petitioner's objection and opposition should be noted as reason in the following.

**Procedural History**

On June 6/2005 petitioner filed his Writ of Habeas Corpus. On June 21/2005 respondent attorney Maura D.Mclaughlin A.A.G. filed Notice of Appearance and Enlargment of time. On September 7/2005 respondent filed motion and Memorandum of Law in Support of Motion to Dismiss petition for Writ of Habeas Corpus. On September 9/2005, petitioner filed an opposition to respondent motion to dismiss. Respondent on Setpember 8/2005 filed a Supplemental Answer.
On July 2007 petitioner filed "Motion for a Status Conference, see docket no.(19). On July 17/2007 the court ordered electronicly denying Motion for a status conference. The court advised order to parties if additional briefing is necessary. See EXH-A).

The petitioner states and certify that he never received a copy of the respondent's filing their request for an file a Motion to Dismiss ,Writ of Habeas Corpus. The court has ruled and order over two years later after denying the respondent's Motion to Dismiss on September 20/2006. Court order on July 17/2007 that any further

(2)

pleading the court will advise the parties if additional briefing is necessary,See EXH-A) Based on the above said respondent is requesting for another Motion to Dismiss.Petitioner states the respondent should not be allowed to file multiple Motion to Dismiss which cause the case to be heard on the merits without further delay's.Petitioner's objection and opposition should be respectfully noted on the record.

JULY 24 /2008                           RESPECTFULLY SUBMITTED
                                 PRO-SE *Jose L Cabrera*
                                        MR.JOSE LUIS CABRERA
                                        N.C.C.I.GARDNER
                                        P.O.BOX 466
                                        500 COLONY RD..
                                        GARDNER MASS.01440

Exh-A

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 7/17/2007 at 3:10 PM EDT and filed on 7/17/2007
Case Name:     Cabrera v. O'Brien
Case Number:   4:05-cv-40087
Filer:
Document Number:        No document attached

Docket Text:
Judge F. Dennis Saylor IV: Electronic ORDER entered denying [19] Motion for a status conference. The court will advise the parties if additional briefing is necessary. (Castles, Martin)

4:05-cv-40087 Notice will be electronically mailed to:
Maura D. McLaughlin  maura.mclaughlin@ago.state.ma.us, susanne.reardon@ago.state.ma.us

4:05-cv-40087 Notice will not be electronically mailed to:

Jose Luis Cabrera
N.C.C.I. Gardner
P.O. Box 466
500 Colony Road
Gardner, MA 01440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE LUIS CABRERA
(PETITIONER)

    V.

STEVEN O'BRIEN
(RESPONDENT)

CIVIL ACTION
NO. 05-40087-FDS

CERTIFICATE OF SERVICE

    I Jose L.Cabrera certify that I have served upon the Clerk of Court for United States District of Mass.to Mr. Martin Castles at 595 Main Street,Worcester Mass 01608 sent by first class mail postage prepaid ,"Petition objection and opposition"against the respondent request file motion to dismiss Writ Habeas Corpus,all was sent on this 2 4 day of July 2008.
Signed under the pains and penalties of perjury;

RESPECTFULLY SUBMITTED
PRO-SE _Jose L Cabrera_
MR.JOSE LUIS CABRERA
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440

MR.LINCOLN JALELIAN
OFFICE OF THE ATTORNEY GENERAL
1 ASHBURTON PLACE
20TH FLOOR
BOSTON MASS.02108



MR.JOSE LUIS CABRERA
N.C.C.I.GARDNER
P.O.BOX 466
500 COLONY RD.
GARDNER MASS.01440

IN RE:CABRERA V.O'BRIEN
      U.S.CASE NUMBER 4;05-CV-40087-FDS


Dear Mr.Jalelian;

      Please find enclosed the petitioner's objection and opposition to your request to file Motion to Dismiss Writ of Habeas Corpus.

      I thank you for your time in this matter.

                              RESPECTFULLY SUBMITTED
JULY 24 /2008                pro-se
                                _____
                                MR.JOSE LUIS CABRERA
                                N.C.C.I.GARDNER
                                P.O.BOX 466
                                500 COLONY RD.
                                GARDNER MASS.01440


                        Certificate of Service
      I Jose L.Cabrera certify that the above said attached herewith has been served by first class mail to respondent attorney at 1 Ashburton PLace,20th Floor,Boston Mass.02108,sent on this ____day of July 2008;Signed under the pains and penalty of perjury;
                                _____
                                MR.JOSE L.CABRERA
                                N.C.C.I.GARDNER
                                P.O.BOX 466
                                500 COLONY RD.
                                GARDNER MASS.01440