# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSE LUIS CABRERA | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-40087-FDS |
| | ) | |
| STEVEN O'BRIEN, | ) | |
| Respondent. | ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that Respondent's Supplemental Answer has been filed manually with the Court pursuant to Local Rule 5.4(g)(1)(e), and is available in paper form only. Attached as exhibits to the Supplemental Answer are the following materials:

## Volumes I + II

1. Motion to Suppress Transcripts, October 11, 2000, *Commonwealth v. Cabrera*, Essex Superior Court, ESCR1999-01557.

2. Motion to Suppress Transcripts, October 12, 2000, *Commonwealth v. Cabrera*, Essex Superior Court, ESCR1999-01557.

3. Pretrial Motions Transcript, February 5, 2001, *Commonwealth v. Cabrera*, Essex Superior Court, ESCR1999-01557.

4. Trial Transcripts, February 6, 2001, *Commonwealth v. Cabrera*, Volume I, Essex Superior Court, ESCR1999-01557.

5. Trial Transcripts, February 7, 2001, *Commonwealth v. Cabrera*, Volume II, Essex Superior Court, ESCR1999-01557.

6. Trial Transcripts, February 8, 2001, *Commonwealth v. Cabrera*, Volume III, Essex Superior Court, ESCR1999-01557.

7. Trial Transcripts, February 9, 2001, *Commonwealth v. Cabrera*, Volume IV, Essex Superior Court, ESCR1999-01557.

8. Trial Transcripts, February 12, 2001, *Commonwealth v. Cabrera*, Volume V, Essex Superior Court, ESCR1999-01557.

9. Trial Transcripts, February 13, 2001, *Commonwealth v. Cabrera*, Volume VI, Essex Superior Court, ESCR1999-01557.

10. Trial Transcripts, February 14, 2001, *Commonwealth v. Cabrera*, Volume VII, Essex Superior Court, ESCR1999-01557.

11. Trial Transcripts, February 15, 2001, *Commonwealth v. Cabrera*, Volume VIII, Essex Superior Court, ESCR1999-01557.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Lincoln S. Jalelian
Lincoln Jalelian
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2097
BBO # 561536

Dated: August 29, 2008

Certificate of Service

  I hereby certify that on August 29, 2008, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Jose Luis Cabrera, petitioner *pro se*, N.C.C.I. Gardner, P.O. Box 466, 500 Colony Road, Gardner, Massachusetts 01440.

                <u>/s/ Lincoln S. Jalelian</u>
                Lincoln S. Jalelian